### J. A. BECTON v. E. A. GOODMAN.

(Filed 23 February, 1921.)

APPEAL by plaintiff from *Connor, J.,* at January Term, 1920, of CRAVEN.

*Cowper, Whitaker & Allen for plaintiff.*
*Ward & Ward for defendant.*

PER CURIAM. This was a proceeding to determine the true location of the boundary line between the lands of plaintiff and defendant. The exceptions and assignments of error relate entirely to the admission and exclusion of evidence. No new question is presented which requires discussion.

We have carefully examined the record, and duly considered the exceptions, and find no error of which the plaintiff can justly complain.

No error.